# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138482

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                               SC: 138482
                               COA: 281205

ANTHONY CLIFFORD GATES a/k/a
DEION BURKE,
        Defendant-Appellant.

                               Calhoun CC: 2007-000145-FH

_____/

       On order of the Court, the application for leave to appeal the January 29, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2009

p0615

_____
Clerk